## W. E. Marquam, Appellee, v. Domestic Engineering Company, Appellant.

### Gen. No. 23,527.    (Not to be reported in full.)

Appeal from the Municipal Court of Chicago; the Hon. SHERIDAN E. FRY, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1917. Reversed. Opinion filed April 24, 1918.

### Statement of the Case.

Action by W. E. Marquam, plaintiff, against Domestic Engineering Company, a corporation, defendant, to recover damages for breach of a contract of employment. From a judgment for plaintiff for $300, defendant appeals.

MOSES, ROSENTHAL & KENNEDY, for appellant; WALTER BACHRACH and HENRY JACKSON DARBY, of counsel.

BEACH & BEACH, for appellee.

MR. JUSTICE THOMSON delivered the opinion of the court.

## Abstract of the Decision.

1. MASTER AND SERVANT, § 14*—*what constitutes hiring at will.* A contract which reads that defendants "desire your [plaintiff's] services as editor * * * beginning the second week in October, for which we agree to pay you $50.00 per week. It is also understood that if, by the first of January, you can handle to advantage the combined editorial work and the business management, we will pay you, beginning that date, three thousand dollars per year," constitutes a hiring at will, both as to the term of the employment and the amount of the compensation.

2. MASTER AND SERVANT, § 84*—*when evidence does not support verdict for plaintiff for services.* In an action to recover an amount claimed to be due under a contract of employment, evidence *held* insufficient to support a verdict for plaintiff.